

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*
*157 Church Street*
*P.O. Box 1824*
*New Haven, Connecticut 06510*

*(203) 821-3700*
*Fax (203) 773-5376*
*www.usdoj.gov/usao/ct*

March 2, 2005

Terence S. Ward, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
10 Columbus Boulevard, 6th Floor
Hartford, Connecticut 06106

United States District Court
District of Connecticut
FILED AT     NEW HAVEN
3/31         2005
Kevin F. Rowe, Clerk
By
     Deputy Clerk

RE:   United States v. Amy Nolan
      Cr. No. 3:04CR208 (JBA)

## AGREEMENT FOR PRETRIAL DIVERSION

It appearing that you committed an offense against the United States on or about May 17, 2003, in violation of 49 U.S.C. § 46507(1), in that you did make threats regarding an airplane.

Upon accepting responsibility for your behavior and by your signature on this Agreement, it appearing, after an investigation of the offense and your background, that the interest of the United States and your own interest and the interests of justice will be served by the following procedure;

Therefore:

On the authority of the Attorney General of the United States, by Kevin J. O'Connor, United States Attorney for the District of Connecticut, prosecution in this District for this offense shall be deferred for a period of ~~twelve~~ (18) months from this date, provided you abide by the following conditions and the requirement of this Agreement set out below.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any conditions of this pretrial diversion program or change the period of supervision, which in no case shall exceed ~~twelve~~ (18) months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for the above-referenced offense should you violate the conditions of this Agreement, in which case, this Office will furnish you with notice specifying the conditions of the Agreement that you have violated.

After successfully completing your diversion program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out on Page 1 of this Agreement will be instituted in this District, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the United States Attorney's Office as a result of your participation in the Pretrial Diversion Program or any statement made by you or on your behalf in connection with the program or your participation in the Program shall constitute an admission of guilt or be used against you, except for impeachment purposes, in connection with any prosecution for the above-described offense.

Conditions of pretrial Diversion

1.      You shall not commit another federal, state, or local crime during the term of supervision.

2.      You shall not leave the District of Connecticut without permission of the probation officer.

3.      You shall refrain from excessive use of alcohol and any use or possession of a narcotic drug, unless prescribed by a licensed medical practitioner.

4.      You shall not possess a firearm or destructive device.

5.      You shall participate in a program approved by the U.S. Probation Office for mental health.  The defendant shall pay all, or a portion of, the costs associated with treatment based on her ability to pay, in an amount determined by the probation officer.

6.      You shall participate at a parenting program either at Community Health Center or Middlesex Hospital.  You shall pay all, or a portion of the costs associated with treatment based on your ability to pay, in an amount determined by the probation officer.

7.      You shall comply with the recommendations of the Department of Children and Families.

8.      You shall sign releases of information that will allow the Probation office to have on-going communications with the mental health providers.

9. You shall have a psychological evaluation in aid of pretrial diversion supervision. You shall pay all, or a portion of the costs associated with treatment based on her ability to pay, in an amount determined by the Probation Officer.

10.     You shall abide by all of the conditions set forth in the pretrial diversion report, specifically the five (5) recommendations listed in that report, prepared by United States Probation Officer Bunita B, Keyes dated January 12, 2005.


_____          _____
ANTHONY E. KAPLAN                          DATE
ASSISTANT UNITED STATES ATTORNEY


_____          _____
BUNITA B. KEYES                            DATE
UNITED STATES PROBATION OFFICER


The defendant hereby certifies as follows: I am aware of the fact that the Sixth Amendment to the Constitution of the United states provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial. I hereby request the United States Attorney for the District of Connecticut to defer such prosecution. In agree and consent that any delay from the date of this Agreement to the date of any re-initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request; and I waive any defense to such prosecution on the grounds that such delay operated to deny my rights under the Sixth Amendment to the Constitution or Rule 48(b) of the Federal Rules of Criminal Procedure. I also waive any defense to such prosecution by reason of the running of the statute of limitations for a period of months equal to the period of this Agreement.

I hereby certify that I have read this Agreement for Pretrial Diversion or have had it read or translated to me, and I have had ample time to discuss this Agreement with counsel. I understand the terms and conditions of my pretrial diversion program, both those contained in this Agreement, as well as those contained in the United States Probation officer's Report, and I agree that I will comply with them.

_____
AMY NOLAN

3/3/05
_____
DATE

_____
TERENCE S. WARD, ESQ.
COUNSEL FOR AMY NOLAN

3/3/05
_____
DATE