UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. 3:04CR208 (JBA) |
| | : | |
| AMY NOLAN | : | OCTOBER 25, 2006 |

**GOVERNMENT'S MOTION TO DISMISS THE INFORMATION**

On June 23, 2004, the defendant appeared before the Honorable Joan Glazer Margolis to waive indictment and enter a plea of not guilty to the Information charging her with making a threat in violation of 49 U.S.C. § 46507(1). The parties filed a joint motion to continue the matter and for authorization to obtain the assistance of the United States Probation Office in connection with placement of the defendant into a pretrial diversion program under the supervision of that Office. That motion was granted and on March 3, 2005, the defendant was placed in a pretrial diversion program for a period of eighteen (18) months.

The defendant has now completed her 18-month period of probation. According to the United States Probation Office, the defendant has cooperated and been in compliance with the conditions set forth in the pretrial diversion agreement. In addition, record checks performed by the Probation Office reflect no additional arrests. The Probation Office has recommended that the defendant be discharged from the pretrial diversion program.

Accordingly, consistent with the parties' Agreement for Pretrial Diversion, the United States hereby moves to dismiss the Information pursuant to Federal Rule of Criminal Procedure 48(a).

**ORAL ARGUMENT IS NOT REQUESTED**

Counsel for the defendant does not object to the granting of this motion.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY


                __/s/_____
                ANTHONY E. KAPLAN
                ASSISTANT UNITED STATES ATTORNEY
                Federal Bar No. ct08083
                23d Floor
                157 Church Street
                New Haven, Connecticut  06510
                (203) 821-3700

# CERTIFICATION

I hereby certify that on October 25, 2006, a copy of foregoing Government's Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

__/s/_____
ANTHONY E. KAPLAN
ASSISTANT U.S. ATTORNEY